978

APRIL 7, 1992

No. 91–497.  MICHIGAN EMPLOYMENT SECURITY COMMISSION *v.* WOLVERINE RADIO CO., INC.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.

APRIL 15, 1992

No. 91–1359.  PECHINEY & TREFIMETAUX *v.* GOULD, INC. C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.

APRIL 20, 1992

No. 89–1681.  BOARD OF EDUCATION OF TOPEKA, SHAWNEE COUNTY, KANSAS *v.* BROWN ET AL.  C. A. 10th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Freeman* v. *Pitts, ante,* p. 467, and *Board of Ed. of Oklahoma City Pub. Schools* v. *Dowell,* 498 U. S. 237 (1991).

No. 90–1527.  UNITED STATES *v.* CALDERONE ET AL.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Felix, ante,* p. 378.

No. 91–31.  UNITED STATES *v.* GAMBINO.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Felix, ante,* p. 378.

No. 91–900.  CASPARI ET AL. *v.* MCINTYRE, DIRECTOR, MISSOURI DIVISION OF CLASSIFICATION AND TREATMENT.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Felix, ante,* p. 378.